**Frank Robert SCHLAEPFER,
Jr., Petitioner–Appellant,**

v.

**Sid HARKLEROAD, Administrator, Marion Correctional Institution; Theodis Beck, Secretary of the North Carolina Department of Corrections, Respondents–Appellees.**

No. 03–6400.

United States Court of Appeals,
Fourth Circuit.

Submitted April 24, 2003.

Decided May 5, 2003.

Frank Robert Schlaepfer, Jr., Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

---

PER CURIAM.

Frank Robert Schlaepfer, Jr., a state prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). This Court may only grant a certificate of appealability if the appellant makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2) (2000). We have independently reviewed the record and conclude Schlaepfer has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny Schlaepfer's motion to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*